United States District Court
for the District of New Jersey

_____

**ALAN WHEELER**

           Plaintiff

**SONY CORPORATION, ET AL.**

           Defendant
_____

Civil No. 09-1750

Order of Reassignment

It is on this 1st day of June 2009,

O R D E R E D that the entitled action is reassigned

from Judge Joseph A. Greenaway to Judge William J. Martini.

           S/Garrett E. Brown, Jr.
           Garrett E. Brown, Jr., Chief Judge
           United States District Court